```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 38618
     LURLINE D TAYLOR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
     SSN XXX-XX-2698


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/18/2004 and was confirmed 12/15/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 01/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
HSBC AUTO FINANCE            SECURED           7298.75        1367.58         4285.89
HSBC AUTO FINANCE            UNSECURED         6245.45            .00             .00
ROBERT J ADAMS & ASSOC       PRIORITY         NOT FILED           .00             .00
AT & T BANKRUPCTY            UNSECURED        NOT FILED           .00             .00
AT & T WIRELESS              UNSECURED        NOT FILED           .00             .00
BORIS KHAIT                  UNSECURED        NOT FILED           .00             .00
CELLULAR ONE CHICAGO         UNSECURED        NOT FILED           .00             .00
COMMONWEALTH EDISON          UNSECURED        NOT FILED           .00             .00
DISH NETWORK                 UNSECURED          303.84            .00             .00
AXSYS NATIONAL BANK ~        UNSECURED        NOT FILED           .00             .00
B-LINE LLC                   UNSECURED          552.59            .00             .00
PREMIER BANCARD CHARTER      UNSECURED          670.99            .00             .00
AT & T                       UNSECURED        NOT FILED           .00             .00
HARVARD COLLECTION SERVI     UNSECURED        NOT FILED           .00             .00
ILLINOIS BONE & JOINT IN     UNSECURED        NOT FILED           .00             .00
MIDWESTERN TELECOMMUNICA     UNSECURED        NOT FILED           .00             .00
RESURGENT ACQUISITION LL     UNSECURED         2166.89            .00             .00
CULLIGAN WATER               UNSECURED        NOT FILED           .00             .00
MARSHALL FIELDS              UNSECURED        NOT FILED           .00             .00
MCI WIRELESS                 UNSECURED        NOT FILED           .00             .00
MICRSOFT                     UNSECURED        NOT FILED           .00             .00
SBC ILLINOIS                 UNSECURED        NOT FILED           .00             .00
NICOR GAS                    UNSECURED        NOT FILED           .00             .00
AMERITECH                    UNSECURED        NOT FILED           .00             .00
PAYDAY LOAN STORE            UNSECURED        NOT FILED           .00             .00
B-LINE LLC                   UNSECURED         1231.57            .00             .00
LORD & TAYLOR                UNSECURED          474.21            .00             .00
ROBERT J WOLF                UNSECURED        NOT FILED           .00             .00
RUSH NORTH SHORE MEDICAL     UNSECURED        NOT FILED           .00             .00
SAMS CLUB                    NOTICE ONLY     NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM     UNSECURED          588.36            .00             .00
SPRINT                       UNSECURED        NOT FILED           .00             .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 38618 LURLINE D TAYLOR
```

```
TARGET                    UNSECURED      NOT FILED              .00           .00
TOYOTA MOTOR CREDIT CO    UNSECURED       8639.62               .00           .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT    210.00               .00        210.00
E R SOLUTIONS INC         FILED LATE       948.65               .00           .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY    2,200.00                         2,200.00
TOM VAUGHN                TRUSTEE                                           448.53
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   8,512.00

PRIORITY                                         210.00
SECURED                                        4,285.89
    INTEREST                                   1,367.58
UNSECURED                                           .00
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                             448.53
DEBTOR REFUND                                       .00
                          ---------------    ---------------
TOTALS                    8,512.00              8,512.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 04/23/08                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE